ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2003 JUN 12 PM 4:52

CLERK
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| PIER 1 IMPORTS (U.S.), INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. CV403-091 |
| | ) | |
| U.S. REALTY ADVISORS, LLC and SAVANNAH ONE WAREHOUSE PROPERTY, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, and after considering the parties' Rule 26(f) report, the Court imposes the following deadlines in the above styled case:

| | |
|---|---|
| DATE ISSUE JOINED | 05/15/03 |
| DATE OF RULE 26(f) CONFERENCE | 06/04/03 |
| LAST DAY FOR FILING MOTIONS TO AMEND or ADD PARTIES [60 days after issue joined] | 07/14/03 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT by PLAINTIFF [60 days after Rule 26(f) conference] | 08/03/03 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT by DEFENDANT [90 days after Rule 26(f) conference or 60 days after the answer, whichever is later] | 09/02/03 |
| JOINT STATUS REPORT DUE [90 days after issue joined] | 08/13/03 |
| CLOSE OF DISCOVERY [140 days from the last answer] | 10/02/03 |

13

LAST DAY FOR FILING CIVIL MOTIONS
**EXCLUDING MOTIONS IN LIMINE**
[30 DAYS AFTER CLOSE OF DISCOVERY] 11/01/03

Motions in limine shall be filed no later than 5 days prior to the pre-trial conference.

All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

**SO ORDERED** this 12th day of June, 2003.

**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number: 4:03-cv-00091
Date Served: June 13, 2003
Served By:

Attorneys Served:

Roy E. Paul, Esq.
Edward M. Hughes, Esq.
Dana F. Braun, Esq.

✓ Copy placed in Minutes

✓ Copy given to Judge

✓ Copy given to Magistrate