ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2003 JUN 19 AM 11: 20

CLERK [signature]
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| PIER 1 IMPORTS (U.S.), INC., Plaintiff, | ) | |
| vs. | ) | Case No. CV403-91 |
| U.S. REALTY ADVISORS, LLC and SAVANNAH ONE WAREHOUSE PROPERTY, LLC, Defendants. | ) | |

## O R D E R

The Court having been advised by counsel for the parties that the above civil action has settled,

**IT IS HEREBY ORDERED** that this action is hereby dismissed with prejudice, except that the Court expressly retains jurisdiction to enforce any settlement the parties may care to file, within thirty days of the date this Order is filed. See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994). Failure to so file shall signify that the parties do not consent to this Court's retention of jurisdiction to enforce their settlement.

**IT IS FURTHER ORDERED** that the Clerk of Court serve copies of this order, by United States Mail, upon the attorneys of record for the parties appearing in this case. This case is **CLOSED**.

SO ORDERED, this 19th day of June, 2003.

[signature]

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

14

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number: 4:03-cv-00091
Date Served: June 19, 2003
Served By: WD

Attorneys Served:

Roy E. Paul, Esq.
Edward M. Hughes, Esq.
Dana F. Braun, Esq.

✓ Copy placed in Minutes

✓ Copy given to Judge

____ Copy given to Magistrate