ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2003 JUL 15 AM 10: 14
CLERK [signature]
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PIER 1 IMPORTS (U.S.), INC.<br><br>Plaintiff,<br><br>v.<br><br>U.S. REALTY ADVISORS, LLC and SAVANNAH ONE WAREHOUSE PROPERTY, LLC<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. CV403-091 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW PIER 1 IMPORTS (U.S.), INC., Plaintiff herein, and U.S. REALTY ADVISORS, LLC and SAVANNAH ONE WAREHOUSE PROPERTY, LLC, Defendants herein, and by and through their counsel of record stipulate and agree pursuant to Rule 41 of the Federal Rules of Civil Procedure to the dismissal of this action with prejudice by the filing of this Stipulation of Dismissal signed by all parties who have appeared in the action.

This 14th day of July, 2003.

[signature]
ROY E. PAUL
GA Bar #567675
Bouhan, Williams & Levy, LLP
Post Office Box 2139
Savannah, GA 31402-2139
(912) 236-2491
Counsel for Plaintiff

Dana F. Braun
DANA F. BRAUN
GA Bar #078512
Callaway, Braun, Riddle & Hughes, P.C.
301 West Congress Street
Savannah, GA 31401
(912) 238-2750
Counsel for Defendants

15

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that I have this day served counsel for all parties in the foregoing matter with a copy of the Stipulation of Dismissal with Prejudice via United States Mail, with adequate postage thereon, to ensure delivery to:

Roy E. Paul, Esq.
Bouhan, Williams & Levy
447 Bull Street
Savannah, Georgia 31402

This 15th day of July, 2003.

CALLAWAY, BRAUN, RIDDLE & HUGHES, P.C.

Dana F. Braun

Dana F. Braun
Attorney for Defendants

P.O. Box 9150
Savannah, GA 31412
(912) 238-2750